# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDRE WILSON, AN INDIVIDUAL,
Appellant,

vs.

WEB EXPRESS LLC, AN ARIZONA
LIMITED LIABILITY COMPANY; AND
CHUCK RODRICK, AN INDIVIDUAL,
Respondents.

No. 74605

FILED

MAY 29 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Joseph Hardy, Jr., District Judge
     Thomas J. Tanksley, Settlement Judge
     The Law Office of Dan M. Winder, P.C.
     Law Office of Hayes & Welsh
     Law Office of Barry W. Rorex
     Eighth District Court Clerk

18-20309